**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 22-248-1** |
| | **:** | |
| **HUSSEIN NAKCHBANDI** | **:** | |

### ORDER

**AND NOW**, this **10th** day of **June 2026**, upon consideration of Defendant's Motion for Compassionate Release (the "Defendant's Motion") (ECF No. 55), the Government's Response in Opposition to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 57), and the docket, it is hereby **ORDERED** that Defendant's Motion (ECF No. 55) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

> **BY THE COURT:**
>
> **/s/ Chad F. Kenney**
> _____
> **CHAD F. KENNEY, JUDGE**